UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES REOPENING/CLOSING

Case No. SACV 09-00962-CJC                Date July 9, 2010

Title  Jeffrey Harris v. United States of America

Present: THE HONORABLE CORMAC J. CARNEY, U.S. DISTRICT JUDGE

|  Michelle Urie  | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

---

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| None Present | None Present |

---

Proceedings:       ☐ In Court       X In Chambers       ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on entry dated April 26, 2010 [27].  Make JS-6.

☐   Case settled but may be reopened if settlement is not consummated within ___ days.  Make JS-6.

☐   Other _____

☐   Entered _____.

CV-74 (08/97)                                       Initials by Deputy Clerk   MU